# EXHIBIT A

# BROOKINGS

1775 Massachusetts Avenue, NW
Washington, DC 20036
telephone 202.797.6000
fax 202.797.6004
web brookings.edu

April 14, 2017

| | |
|---|---|
| Laurie Day<br>Chief, Initial Request Staff<br>Office of Information Policy<br>Department of Justice<br>Suite 11050<br>1425 New York Avenue, N.W.<br>Washington, DC 20530-0001<br>Phone: (202) 514-FOIA<br>Fax: (202) 514-1009 | Amanda M. Jones<br>Acting Chief, FOIA/PA Unit<br>Criminal Division<br>Department of Justice<br>Suite 1127, Keeney Building<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001<br>Phone: (202) 616-0307<br>Fax: (202) 514-6117<br>crm.foia@usdoj.gov |
| Arnetta Mallory<br>FOIA Initiatives Coordinator<br>National Security Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W. Room 6150<br>Washington DC 20530-0001<br>(202) 233-0754<br>nsdfoia@usdoj.gov | David M. Hardy, Chief<br>Record/Information Dissemination Section<br>Records Management Division<br>Federal Bureau of Investigation<br>Department of Justice<br>170 Marcel Drive<br>Winchester, VA 22602-4843<br>Phone: (540) 868-4500<br>Fax: (540) 868-499 |

Re: Freedom of Information Act Request

Dear FOIA Officer:

Pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, I hereby request that your office produce within 20 business days the following records (see below for clarity on the types of records sought):

1. All records, including but not limited to emails, notes, and memoranda, reflecting any data or information relating to the nationality or country of origin of individuals convicted of terrorism-related offenses (domestic or international) from 2001 until the date that a search is conducted for records responsive to this FOIA request.

2. All records reflecting communications (including but not limited to emails, telephone call logs, calendar entries, meeting agendas, or text messages) between the Department of Justice and the Executive Office of the President relating to data concerning the nationality or country of origin of anyone convicted of terrorist crimes or terrorism-related crimes (domestic or international). The timeframe for this request is from January 1, 2016 until the date that a search is conducted for records responsive to this request.

1

**BROKINGS**

1775 Massachusetts Avenue, NW
Washington, DC 20036
telephone 202.797.6000
fax 202.797.6004
web brookings.edu

3. All records, including but not limited to emails, notes, and memoranda, in preparation for or in reaction to the President's address to a Joint Session of Congress on February 28, 2017, specifically those records referring to the President's characterization of data provided by, or originating from, the Department of Justice.  The timeframe for this request is from January 20, 2017 until the date that a search is conducted for records responsive to this request.

4. All records reflecting communications (including but not limited to emails, telephone call logs, calendar entries, meeting agendas, or text messages) between the Department of Justice and the Executive Office of the President in preparation for or in reaction to the President's address to a Joint Session of Congress on February 28, 2017, specifically those records referring to the President's characterization of data provided by, or originating from, the Department of Justice.  The timeframe for this request is from January 20, 2017 until the date that a search is conducted for records responsive to this request.

5. In addition to the records requested above, I also request records describing the processing of this request, including records sufficient to identify search terms used and locations and custodians searched and any tracking sheets used to track the processing of this request.  If your agency uses FOIA questionnaires or certifications completed by individual custodians or components to determine whether they possess responsive materials or to describe how they conducted searches, I also request any such records prepared in connection with the processing of this request.

FEE WAIVER

FOIA provides that any fees associated with a request are waived if "disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester."  5 U.S.C. § 552(a)(4)(A)(iii).

I am the Editor-in-Chief of *Lawfare*, an online publication dedicated to informing public understanding on operations and activities of the government.  *Lawfare* is published by The Lawfare Institute, a 501(c)(3) not-for-profit educational organization, and in cooperation with The Brookings Institution, a 501(c)(3) nonprofit public policy organization.  This request is submitted in connection with *Lawfare*'s mission to publish information that is likely to contribute significantly to the public understanding of executive branch activities related to law and national security.  *Lawfare* does not have commercial interests.

**BROOKINGS**

1775 Massachusetts Avenue, NW
Washington, DC 20036
telephone 202.797.6000
fax 202.797.6004
web brookings.edu

In addition to satisfying the requirements for a waiver of fees associated with the search and processing of records, I am entitled to a waiver of all fees except "reasonable standard charges for document duplication." 5 U.S.C. § 552(a)(4)(A)(ii)(II). Federal law mandates that fees be limited to document duplication costs for any requester that qualifies as a representative of the news media. *Id. Lawfare* is a "news media organizations." Its purpose is to "gather information of potential interest to a segment of the public, use its editorial skills to turn the raw materials into distinct work, and distribute that work to an audience." *Nat's Sec. Archive v. Dep't of Defense*, 880 F.2d 1381, 1387 (D.C. Cir. 1989). We intend to give the public access to documents transmitted via FOIA on our website, https://www.lawfareblog.com, and to provide information about and analysis of those documents as appropriate.

## RESPONSIVE RECORDS

We ask that all types of records and all record systems be searched to discover records responsive to our request. We seek records in all medium and format. This includes, but is not limited to: agendas, manifests, calendars, schedules, notes, and any prepared documentation for meetings, calls, teleconferences, or other discussions responsive to our request; voicemails; e-mails; e-mail attachments; talking points; faxes; training documents and guides; tables of contents and contents of binders; documents pertaining to instruction and coordination of couriers; and any other materials. We ask that you search all systems of record, including electronic and paper, in use at your agency. We also ask that you search files or emails in the personal custody of your employees, such as personal email accounts, as required by FOIA and to the extent that they are reasonably likely to contain responsive records. We would prefer records in electronic format, saved as PDF documents, and transmitted via email or CD-ROM.

We ask that you search for records from all components of the Justice Department that may be reasonably likely to produce responsive results, including but not limited to the Office of the Attorney General, Office of the Deputy Attorney General, National Security Division, Criminal Division, Office of Public Affairs, Office of Legislative Affairs, and Federal Bureau of Investigation.

If you make a determination that any responsive record, or any segment within a record, is exempt from disclosure, we ask that you provide an index of those records at the time you transmit all other responsive records. In the index, please include a description of the record and the reason for exclusion with respect to each individual exempt record or exempt portion of a record, as provided by *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973), cert. denied, 415 U.S. 977 (1974). When you deem a portion of a record exempt, we ask that the remainder of the record to be provided, as required by 5 U.S.C. § 552(b).

Given the 20-day statutory deadline, we hope to be as helpful as possible in clarifying or answering questions about our request. Please contact me by phone or email if you require any additional information. I appreciate your cooperation, and look forward to hearing from you very soon.

BROOKINGS

1775 Massachusetts Avenue, NW
Washington, DC 20036

Sincerely,

/s/ Benjamin Wittes

Benjamin Wittes
Senior Fellow in Governance Studies, The Brookings Institution
Editor in Chief, *Lawfare*
1775 Massachusetts Ave NW
Washington D.C. 20036
Phone: (202) 797- 4368
benjamin.wittes@gmail.com

4