# EXHIBIT B

# BROOKINGS

1775 Massachusetts Avenue, NW
Washington, DC 20036
telephone  202.797.6000
fax  202.797.6004
web  brookings.edu

April 14, 2017

| | |
|---|---|
| Laurie Day<br>Chief, Initial Request Staff<br>Office of Information Policy<br>Department of Justice<br>Suite 11050<br>1425 New York Avenue, N.W.<br>Washington, DC 20530-0001<br>Phone: (202) 514-FOIA<br>Fax: (202) 514-1009 | Amanda M. Jones<br>Acting Chief, FOIA/PA Unit<br>Criminal Division<br>Department of Justice<br>Suite 1127, Keeney Building<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001<br>Phone: (202) 616-0307<br>Fax: (202) 514-6117<br>crm.foia@usdoj.gov |
| Arnetta Mallory<br>FOIA Initiatives Coordinator<br>National Security Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W. Room 6150<br>Washington DC 20530-0001<br>(202) 233-0754<br>nsdfoia@usdoj.gov | David M. Hardy, Chief<br>Record/Information Dissemination Section<br>Records Management Division<br>Federal Bureau of Investigation<br>Department of Justice<br>170 Marcel Drive<br>Winchester, VA 22602-4843<br>Phone: (540) 868-4500<br>Fax: (540) 868-499 |

Re: Freedom of Information Act Request

Dear FOIA Officer:

Pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, I hereby request that your office produce within 20 business days the following records (see below for clarity on the types of records sought):

1. All records validating or verifying the following quote from the President's address to a Joint Session of Congress on February 28, 2017: "according to data provided by the Department of Justice, the vast majority of individuals convicted of terrorism and terrorism-related offense since 9/11 came here from outside of our country."  The timeframe for this request is from January 20, 2017 until the date that a search is conducted for records responsive to this request.

1

**BROOKINGS**

1775 Massachusetts Avenue, NW
Washington, DC 20036
telephone 202.797.6000
fax 202.797.6004
web brookings.edu

## FEE WAIVER

FOIA provides that any fees associated with a request are waived if "disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester."  5 U.S.C. § 552(a)(4)(A)(iii).

I am the Editor-in-Chief of *Lawfare*, an online publication dedicated to informing public understanding on operations and activities of the government.  *Lawfare* is published by The Lawfare Institute, a 501(c)(3) not-for-profit educational organization, and in cooperation with The Brookings Institution, a 501(c)(3) nonprofit public policy organization.  This request is submitted in connection with *Lawfare*'s mission to publish information that is likely to contribute significantly to the public understanding of executive branch activities related to law and national security.  *Lawfare* does not have commercial interests.

In addition to satisfying the requirements for a waiver of fees associated with the search and processing of records, I am entitled to a waiver of all fees except "reasonable standard charges for document duplication."  5 U.S.C. § 552(a)(4)(A)(ii)(II).  Federal law mandates that fees be limited to document duplication costs for any requester that qualifies as a representative of the news media.  *Id*.  *Lawfare* is a "news media organizations."  Its purpose is to "gather information of potential interest to a segment of the public, use its editorial skills to turn the raw materials into distinct work, and distribute that work to an audience."  *Nat's Sec. Archive v. Dep't of Defense*, 880 F.2d 1381, 1387 (D.C. Cir. 1989). We intend to give the public access to documents transmitted via FOIA on our website, https://www.lawfareblog.com, and to provide information about and analysis of those documents as appropriate.

## RESPONSIVE RECORDS

We ask that all types of records and all record systems be searched to discover records responsive to our request.  We seek records in all medium and format.  This includes, but is not limited to: agendas, manifests, calendars, schedules, notes, and any prepared documentation for meetings, calls, teleconferences, or other discussions responsive to our request; voicemails; e-mails; e-mail attachments; talking points; faxes; training documents and guides; tables of contents and contents of binders; documents pertaining to instruction and coordination of couriers; and any other materials.  We ask that you search all systems of record, including electronic and paper, in use at your agency.  We also ask that you search files or emails in the personal custody of your employees, such as personal email accounts, as required by FOIA and to the extent that they are reasonably likely to contain responsive records.  We would prefer records in electronic format, saved as PDF documents, and transmitted via email or CD-ROM.

We ask that you search for records from all components of the Justice Department that may be reasonably likely to produce responsive results, including but not limited to the Office of the Attorney General, Office of the Deputy Attorney General, National Security Division, Criminal Division, Office of Public Affairs, Office of Legislative Affairs, and Federal Bureau of Investigation.

**BROKKINGS**

1775 Massachusetts Avenue, NW
Washington, DC 20036
telephone 202.797.6000
fax 202.797.6004
web brookings.edu

If you make a determination that any responsive record, or any segment within a record, is exempt from disclosure, we ask that you provide an index of those records at the time you transmit all other responsive records. In the index, please include a description of the record and the reason for exclusion with respect to each individual exempt record or exempt portion of a record, as provided by *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973), cert. denied, 415 U.S. 977 (1974). When you deem a portion of a record exempt, we ask that the remainder of the record to be provided, as required by 5 U.S.C. § 552(b).

Given the 20-day statutory deadline, we hope to be as helpful as possible in clarifying or answering questions about our request. Please contact me by phone or email if you require any additional information. I appreciate your cooperation, and look forward to hearing from you very soon.


Sincerely,

/s/ Benjamin Wittes

Benjamin Wittes
Senior Fellow in Governance Studies, The Brookings Institution
Editor in Chief, *Lawfare*
1775 Massachusetts Ave NW
Washington D.C. 20036
Phone: (202) 797- 4368
benjamin.wittes@gmail.com