# EXHIBIT C



**U.S. Department of Justice**

Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

May 3, 2017

Re:  DOJ-2017-003568 (AG)
Mr. Benjamin Wittes       DOJ-2017-003569 (AG)
The Brookings Institution    DOJ-2017-003819 (DAG)
1775 Massachusetts Ave NW   DOJ-2017-003820 (OLA)
Washington, DC 20036       DOJ-2017-003821 (PAO)
benjamin.wittes@gmail.com    VRB:DRH:ERH

Dear Mr. Wittes:

This is to acknowledge receipt of and partially respond to your Freedom of Information Act (FOIA) requests dated and received in this Office on April 14, 2017, in which you requested (1) records validating or verifying the statement made by President Donald Trump to a Joint Session of Congress on February 28, 2017 that "according to data provided by the Department of Justice, the vast majority of individuals convicted of terrorism and terrorism-related offenses since 9/11 came here from outside of our country;" and (2) records of data pertaining to the nationality of individuals convicted of terrorism-related offenses, including records related to President Trump's February 28, 2017 address to Congress. This response is made on behalf of the Offices of the Attorney General, Deputy Attorney General, Legislative Affairs, and Public Affairs.

Regarding your request described above as item (1), insomuch as the material you are seeking is similar, if not identical to, the records requested in portions of your request described above as item (2), we have consolidated your requests and will process them in conjunction. Accordingly, I am closing the administrative tracking number (DOJ-2017-003568 (AG)) associated with this request.

The records you seek require searches in other Offices, and so your request falls within "unusual circumstances." See 5 U.S.C. 552 § (a)(6)(B)(i)-(iii). Because of these unusual circumstances, we need to extend the time limit to respond to your request beyond the ten additional days provided by the statute. For your information, we use multiple tracks to process requests, but within those tracks we work in an agile manner, and the time needed to complete our work on your request will necessarily depend on a variety of factors, including the complexity of our records search, the volume and complexity of any material located, and the order of receipt of your request. At this time we have assigned your request to the complex track. In an effort to speed up our process, you may wish to narrow the scope of your request to limit the number of potentially responsive records so that it can be placed in a different processing track. You can also agree to an alternative time frame for processing, should records be located; or you may wish to await the completion of our records search to discuss either of these options. You may also contact the Office of Government Information Services

-2-

(OGIS) of the National Archives and Records Administration to inquire into the FOIA mediation services they provide.  OGIS can be contacted at the following:

>Office of Government Information Services
>National Archives and Records Administration
>Room 2510
>8601 Adelphi Road
>College Park, MD  20740-6001
>
>Telephone: (202) 741-5770
>Facsimile: (202) 741-5769
>Toll-Free: (877) 684-6448
>Email: ogis@nara.gov

We have not yet made a decision on your request for a fee waiver.  We will do so after we determine whether fees will be assessed for this request.

If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact Eric Hotchkiss the analyst processing your request, by telephone at the above number or you may write to him at the above address.  In addition, you may contact our FOIA Public Liaison at the telephone number listed above to discuss any aspect of your request.

You may contact our FOIA Public Liaison at the telephone number listed above for any further assistance and to discuss any aspect of your request.  Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows:  Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal at https://foiaonline.regulations.gov/foia/action/public/home.  Your appeal must be postmarked or electronically submitted within ninety days of the date of my response to your request.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

>Sincerely,
>
>Vanessa R. Brinkmann
>Senior Counsel