# **EXHIBIT E**

# NSD FOIA request #17-164 Wittes

**NSDFOIA (NSD)** <NSDFOIA@usdoj.gov>　　　　　　　　　　　　　　　　　　Mon, May 1, 2017 at 12:56 PM
To: Caroline McKay <caroline.mckay@protectdemocracy.org>
Cc: Justin Florence <justin.florence@protectdemocracy.org>

Benjamin Wittes

Senior Fellow in Governance Studies

The Brookings Institution

1175 Massachusetts Ave. N.W.

Washington, D.C.  20036

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Re: FOIA/PA #17-164

Dear Mr. Wittes:

　　　This is to acknowledge your letter dated April 17, 2017 pertaining to all records validating or verifying the following quote from the President's address to a Joint Session of Congress on February 28, 2017: "according to data provided by the Department of Justice, the vast majority of individuals convicted of terrorism and terrorism-related offense since 9/11 came here from outside of our country." The timeframe for this request is from January 20, 2017 until the date that a search is conducted for records responsive to this request.  Our FOIA office received your Freedom of Information Act request on April 17, 2017.

　　　Our policy is to process FOIA requests on a first-in, first-out basis.  Consistent with this policy, every effort will be made to respond to your request as quickly as possible.  The actual processing time will depend upon the complexity of the request, whether it involves sensitive or voluminous records, and whether consultations with other agencies or agency components are appropriate.

　　　Also, you requested a waiver of processing fees, this is under consideration.  We will notify you once a decision has been made.  You may contact our office at (202) 233-0754 if you have any questions regarding your request.

Sincerely,

Arnetta Mallory

Government Information Specialist

**From:** Caroline McKay [mailto:caroline.mckay@protectdemocracy.org]
**Sent:** Friday, April 14, 2017 11:27 PM
**To:** NSDFOIA (NSD) <Ex_NSDFoia@jmd.usdoj.gov>
**Cc:** Justin Florence <justin.florence@protectdemocracy.org>
**Subject:** Freedom of Information Act Request

To Whom It May Concern:

Please see the attached Freedom of Information Act request.

Justin Florence (cc'd), Legal Director at Protect Democracy, can answer any questions about the request.

Sincerely,

Caroline McKay

The Protect Democracy Project