# **EXHIBIT G**

## Freedom of Information Request

**FN-OMB-FOIA** <OMBFOIA@omb.eop.gov>  Wed, Apr 19, 2017 at 4:46 PM
To: Caroline McKay <caroline.mckay@protectdemocracy.org>
Cc: Justin Florence <justin.florence@protectdemocracy.org>

Good Afternoon:

This email acknowledges receipt of your Freedom of Information Act (FOIA) request to the Office of Management and Budget (OMB) dated April 14, 2017 and received in OMB's FOIA office on April 18, 2017. Your request has been logged in and is being processed. For your reference, the OMB FOIA number is 2017-167.

Sincerely,

Dionne Hardy

**From:** Caroline McKay [mailto:caroline.mckay@protectdemocracy.org]
**Sent:** Friday, April 14, 2017 11:26 PM
**To:** FN-OMB-FOIA <OMBFOIA@omb.eop.gov>
**Cc:** Justin Florence <justin.florence@protectdemocracy.org>
**Subject:** Freedom of Information Request

[Quoted text hidden]