# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BENJAMIN WITTES, | ) <br> ) Civil Action No. 1:17-cv-01627-RC <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) |
| U.S. DEPARTMENT OF JUSTICE and OFFICE OF MANAGEMENT AND BUDGET | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## DEFENDANT DEPARTMENT OF JUSTICE'S CONSENT MOTION TO EXTEND THE DATE FOR FIRST RELEASE OF RECORDS BY OFFICE OF INFORMATION POLICY

Defendant Department of Justice ("DOJ") respectfully moves the Court for an order extending the deadline for DOJ's Office of Information Policy ("OIP") to make its first production of responsive, non-exempt records by two days from February 28, 2017 to March 2, 2017. Pursuant to Local Civil Rule 7(m), counsel for both parties have conferred, and Plaintiff consents to the requested scheduling relief.

Good cause exists for this motion. Pursuant to the Court's Minute Order of February 2, 2018 and as indicated at the Status Conference of February 1, 2018, OIP's deadline to complete processing of records related to Parts 3 and 4 of Plaintiff's "first April 14" FOIA request is February 28, 2017. However, certain of these records required OIP to consult with other components of DOJ, a process which took longer to complete than originally anticipated. Accordingly, OIP seeks a short extension of no more than two days to complete its review, processing, and production of the non-exempt records responsive to Parts 3 and 4 of Plaintiff's

"first April 14" request by no later than March 2, 2018.  OIP does not seek to extend any other deadline set in the Court's Minute Order of February 2, 2018.

     A proposed order is submitted herewith.

Dated:  February 28, 2018                    Respectfully submitted,

                                              CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ Chetan A. Patil
CHETAN A. PATIL
Trial Attorney (DC Bar No. 999948)
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Telephone: (202) 305-4968
Fax: (202) 616-8470
chetan.patil@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENJAMIN WITTES, | ) Civil Action No. 1:17-cv-01627-RC |
| Plaintiff, | ) |
| v. | ) |
| U.S. DEPARTMENT OF JUSTICE and OFFICE OF MANAGEMENT AND BUDGET | ) |
| Defendants. | ) |

**ORDER**

On the basis of Defendant Department of Justice's Consent Motion to Extend the Date for First Release of Records by Office of Information Policy, it is ORDERERD that Defendants' motion is GRANTED, and that the Office of Information Policy shall complete its processing and production of non-exempt records responsive to Parts 3 and 4 of Plaintiff's first FOIA request of April 14, 2017 to the Department of Justice no later than March 2, 2018.

So ORDERED this ____ day of _____ 2017.

_____
Honorable Rudolph Contreras
United States District Judge