IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BENJAMIN WITTES,                                ) <br> ) <br> Plaintiff,         ) <br> ) <br> v.                                             ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE and   ) <br> OFFICE OF MANAGEMENT AND     ) <br> BUDGET                                       ) <br> ) <br> Defendants.         ) | Civil Action No. 1:17-cv-01627-RC |

**DEFENDANT DEPARTMENT OF JUSTICE'S CONSENT MOTION
TO EXTEND THE DATE FOR FIRST RELEASE OF RECORDS BY
OFFICE OF INFORMATION POLICY**

Defendant Department of Justice ("DOJ") respectfully moves the Court for an order extending the deadline for DOJ's Office of Information Policy ("OIP") to make a production of responsive, non-exempt records by one week from March 28, 2017 to April 4, 2017.  Pursuant to Local Civil Rule 7(m), counsel for both parties have conferred, and Plaintiff consents to the requested scheduling relief.

Good cause exists for this motion.  Pursuant to its Minute Order of February 2, 2018 and as indicated at the Status Conference of February 1, 2018, the Court has ordered OIP to release by March 28, 2018 certain records responsive to Plaintiff's request and which also relate to a report by DOJ and U.S. Department of Homeland Security entitled "Executive Order 13780: *Protecting the Nation From Foreign Terrorist Entry Into the United States* Initial Section 11 Report" (the "Report").  However, release of these records required OIP to consult with various other components of DOJ, a process which has taken longer to complete than originally

anticipated.  Accordingly, OIP seeks an extension of no more than one-week to complete its review, processing, and production of these records.  OIP anticipates that its forthcoming release will complete its processing of all records responsive to Plaintiff's request and which also relate to the Report.

    A proposed order is submitted herewith.

Dated:  March 28, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ Chetan A. Patil
CHETAN A. PATIL
Trial Attorney (DC Bar No. 999948)
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Telephone: (202) 305-4968
Fax: (202) 616-8470
chetan.patil@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENJAMIN WITTES, | ) Civil Action No. 1:17-cv-01627-RC |
| Plaintiff, | ) |
| v. | ) |
| U.S. DEPARTMENT OF JUSTICE and OFFICE OF MANAGEMENT AND BUDGET | ) |
| Defendants. | ) |

## **ORDER**

On the basis of Defendant Department of Justice's Consent Motion to Extend the Date for First Release of Records by Office of Information Policy, it is ORDERERD that Defendants' motion is GRANTED, and that the Office of Information Policy's March 28, 2018 deadline to release records pursuant to the Court's Minute Order of February 2, 2018 as indicated at the Status Conference of February 1, 2018 shall be extended to no later than April 4, 2018.

So ORDERED this _____ day of March 2017.

_____
Honorable Rudolph Contreras
United States District Judge