# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENJAMIN WITTES, | Civil Action No. 1:17-cv-01627-RC |
| Plaintiff, | |
| v. | |
| U.S. DEPARTMENT OF JUSTICE and OFFICE OF MANAGEMENT AND BUDGET | |
| Defendants. | |

## JOINT STATUS REPORT

The United States Department of Justice ("DOJ") and the Office of Management and Budget ("OMB") (collectively, "Defendants"), and Plaintiff Benjamin Wittes respectfully submit this Joint Status Report pursuant to the Court's Order of February 2, 2018.  The parties incorporate by reference their Joint Status Reports of October 12, 2017, November 13, 2017, December 12, 2017, and January 29, 2018 (ECF Nos. 8, 10, 11, 13).  The parties report as follows:

1. On August 11, 2017, Plaintiff initiated this action under the Freedom of Information Act ("FOIA") against OMB and DOJ.  The Complaint alleges that this action involves FOIA requests dated April 14, 2017, and submitted to, in relevant part, DOJ's Office of Information Policy ("OIP"), DOJ's National Security Division ("NSD"), and OMB.

2. OMB completed its processing of Plaintiff's request on February 28, 2018.  OMB located no records responsive to Plaintiff's request.

3. NSD completed its processing of Plaintiff's request and made a release of responsive, non-exempt records on February 7, 2018.

4. OIP conducted a keyword-based search for records, which resulted in excess of 75,000 hits (constituting approximately 242,000 items when counting attachments). OIP has released non-exempt portions of responsive records in two releases, on March 1, 2018 and April 4, 2018.

5. The parties are conferring on a potential resolution of issues in dispute in the litigation, which would affect, among other things, the number of records remaining for OIP to process and the schedule for any potential release.

6. Accordingly, the parties respectfully request that they file another Joint Status Report on or before June 25, 2018.

Dated: May 25, 2018

Respectfully submitted,

/s/ Justin Florence
JUSTIN FLORENCE (DC Bar No. 988953)
LAURENCE SCHWARTZTOL
The Protect Democracy Project, Inc.
2020 Pennsylvania Ave., NW #163
Washington, DC 20006
Telephone: (202) 599-0466
Fax: (929) 777-8428

*Attorneys for Plaintiff*

CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ Chetan A. Patil
CHETAN A. PATIL
Trial Attorney (DC Bar No. 999948)
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Telephone: (202) 305-4968
Fax: (202) 616-8470
chetan.patil@usdoj.gov

*Attorneys for Defendants*