**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BENJAMIN WITTES, | Civil Action No. 1:17-cv-01627-RC |
| Plaintiff, |  |
| v. |  |
| U.S. DEPARTMENT OF JUSTICE and OFFICE OF MANAGEMENT AND BUDGET |  |
| Defendants. |  |

**JOINT STATUS REPORT**

The United States Department of Justice ("DOJ") and the Office of Management and Budget ("OMB") (collectively, "Defendants"), and Plaintiff Benjamin Wittes respectfully submit this Joint Status Report pursuant to the Court's Order of May 25, 2018. The parties incorporate by reference their Joint Status Reports of October 12, 2017, November 13, 2017, December 12, 2017, January 29, 2018, and May 25, 2018 (ECF Nos. 8, 10, 11, 13, 16). The parties report as follows:

1. On August 11, 2017, Plaintiff initiated this action under the Freedom of Information Act ("FOIA") against OMB and DOJ. The Complaint alleges that this action involves FOIA requests dated April 14, 2017, and submitted to, in relevant part, DOJ's Office of Information Policy ("OIP"), DOJ's National Security Division ("NSD"), and OMB.

2. OMB completed its processing of Plaintiff's request on February 28, 2018. OMB located no records responsive to Plaintiff's request.

3. NSD completed its processing of Plaintiff's request and made a release of responsive, non-exempt records on February 7, 2018.

4. OIP conducted a keyword-based search for records, which resulted in excess of 75,000 hits (constituting approximately 242,000 items when counting attachments). OIP has released non-exempt portions of responsive records in two releases, on March 1, 2018 and April 4, 2018.

5. On June 12, 2018, Plaintiff and OIP reached an agreement to resolve certain issues in dispute in this litigation. In relevant part, that agreement provides that:

a. OIP will conduct a reasonable search of the above-referenced potentially responsive records it compiled in response to Plaintiff's requests for records aggregating nationality or country of origin information for (i) all individuals convicted of all terrorism-related offenses (domestic and international) between 2001 and the date of the initial search, or (ii) all individuals convicted of all domestic terrorism-related offenses between 2001 and the date of the initial search.

b. No later than July 24, 2018, OIP will propose a reasonable production schedule if responsive records are located or advise Plaintiff that no responsive records were located.

c. In exchange, Plaintiff agrees not to challenge the adequacy of any Defendant's search for records responsive to Plaintiff's requests or the appropriateness of any Defendant's withholdings pursuant to the FOIA's statutory exemptions.

d. Plaintiff reserves his right to seek attorneys' fees or litigation costs, and Defendants reserve their right to challenge any such request.

6. Accordingly, the parties respectfully request that they file another Joint Status Report on or before July 30, 2018.

7. The parties apologize to the Court for the oversight requiring the late submission of this Joint Status Report.

Dated:  June 29, 2018

/s/ Justin Florence
JUSTIN FLORENCE (DC Bar No. 988953)
LAURENCE SCHWARTZTOL
The Protect Democracy Project, Inc.
2020 Pennsylvania Ave., NW #163
Washington, DC 20006
Telephone: (202) 599-0466
Fax: (929) 777-8428

*Attorneys for Plaintiff*

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ Chetan A. Patil
CHETAN A. PATIL
Trial Attorney (DC Bar No. 999948)
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Telephone: (202) 305-4968
Fax: (202) 616-8470
chetan.patil@usdoj.gov

*Attorneys for Defendants*