# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BENJAMIN WITTES,<br><br>            Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE and<br>OFFICE OF MANAGEMENT AND<br>BUDGET,<br><br>            Defendants. | Civil Action No. 1:17-cv-01627-RC |

## JOINT STATUS REPORT

The United States Department of Justice ("DOJ") and the Office of Management and Budget ("OMB") (collectively, "Defendants"), and Plaintiff Benjamin Wittes respectfully submit this Joint Status Report pursuant to the Court's Order of June 29, 2018. The parties incorporate by reference their Joint Status Reports of October 12, 2017, November 13, 2017, December 12, 2017, January 29, 2018, May 25, 2018, June 29, 2018, and July 30, 2018 (ECF Nos. 8, 10, 11, 13, 16-18). The parties report as follows:

    1.      On August 11, 2017, Plaintiff initiated this action under the Freedom of Information Act ("FOIA") against OMB and DOJ. The Complaint alleges that this action involves FOIA requests dated April 14, 2017, and submitted to, in relevant part, DOJ's Office of Information Policy ("OIP"), DOJ's National Security Division ("NSD"), and OMB.

    2.      OMB completed its processing of Plaintiff's request on February 28, 2018. OMB located no records responsive to Plaintiff's request.

3. NSD completed its processing of Plaintiff's request and made a release of responsive, non-exempt records on February 7, 2018.

4. OIP conducted a keyword-based search for records, which resulted in excess of 75,000 hits (constituting approximately 242,000 items when counting attachments). OIP has released non-exempt portions of responsive records in two releases, on March 1, 2018 and April 4, 2018.

5. On June 12, 2018, Plaintiff and OIP reached an agreement to resolve certain issues in dispute in this litigation. As part of that agreement, OIP conducted searches for records it compiled in response to Plaintiff's requests for records aggregating nationality or country of origin information for (i) all individuals convicted of all terrorism-related offenses (domestic and international) between 2001 and the date of the initial search, or (ii) all individuals convicted of all domestic terrorism-related offenses between 2001 and the date of the initial search.

6. On July 24, 2018, OIP sent Plaintiff a letter indicating that no responsive records were found in the search conducted pursuant to the June 12, 2018 agreement.

7. OIP also informed Plaintiff that in its most recent searches, it identified additional records potentially responsive to Parts 3 and 4 of Plaintiff's first FOIA request of April 14, 2017. OIP anticipates making a release of any responsive, non-exempt records on or before October 15, 2018.

8. Accordingly, the parties respectfully request that they file another Joint Status Report on or before October 22, 2018.

| | |
|---|---|
| Dated: August 29, 2018 | Respectfully submitted, |
| /s/ Laurence Schwartztol | CHAD A. READLER |
| JUSTIN FLORENCE (DC Bar No. 988953) | Acting Assistant Attorney General |
| LAURENCE SCHWARTZTOL | |
| The Protect Democracy Project, Inc. | ELIZABETH J. SHAPIRO |
| 2020 Pennsylvania Ave., NW #163 | Deputy Branch Director |
| Washington, DC 20006 | |
| Telephone: (202) 599-0466 | /s/ Chetan A. Patil |
| Fax: (929) 777-8428 | CHETAN A. PATIL |
| | Trial Attorney (DC Bar No. 999948) |
| *Attorneys for Plaintiff* | United States Department of Justice |
| | Civil Division |
| | Federal Programs Branch |
| | 20 Massachusetts Avenue, NW |
| | Washington, DC 20530 |
| | Telephone: (202) 305-4968 |
| | Fax: (202) 616-8470 |
| | chetan.patil@usdoj.gov |
| | |
| | *Attorneys for Defendants* |