## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ )<br>BENJAMIN WITTES, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>U.S. DEPARTMENT OF JUSTICE and )<br>OFFICE OF MANAGEMENT AND )<br>BUDGET, )<br> )<br>Defendants. )<br>_____ ) | Civil Action No. 1:17-cv-01627-RC |

## NOTICE OF CHANGE OF ADDRESS
## FOR CHETAN A. PATIL

PLEASE TAKE NOTICE of the following change of address for Chetan A. Patil, as

counsel for Defendants United States Department of Justice and the Office of Management and

Budget in this matter.  Mr. Patil's address for regular U.S. mail is:

>Chetan A. Patil
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>P.O. Box No. 883
>Ben Franklin Station
>Washington DC 20044

Mr. Patil's address for overnight mail and hand delivery is:

>Chetan A. Patil
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>1100 L Street, NW
>Room 12518
>Washington, DC 20530

DATED: October 16, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ *Chetan A. Patil*
Chetan A. Patil
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883
Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-4968
Fax: (202) 616-8470
Email: chetan.patil@usdoj.gov

*Attorneys for Defendants*