# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____  )
                                     )
BENJAMIN WITTES,                     )
                                     )
            Plaintiff,               )
                                     )
     v.                              )     Civil Action No. 1:17-cv-01627-RC
                                     )
U.S. DEPARTMENT OF JUSTICE and       )
OFFICE OF MANAGEMENT AND             )
BUDGET,                              )
                                     )
            Defendants.              )
_____  )

## JOINT STATUS REPORT

Plaintiff Benjamin Wittes and Defendants United States Department of Justice ("DOJ")

and the Office of Management and Budget ("OMB") (collectively, "Defendants") respectfully

submit this Joint Status Report pursuant to the Court's Order of August 29, 2018.  The parties

incorporate by reference their Joint Status Reports of October 12, 2017, November 13, 2017,

December 12, 2017, January 29, 2018, May 25, 2018, June 29, 2018, July 30, 2018, and August

29, 2018 (ECF Nos. 8, 10, 11, 13, 16, 17, 18, and 19).  The parties report as follows:

1.     On August 11, 2017, Plaintiff initiated this action under the Freedom of

Information Act ("FOIA") against OMB and DOJ.  The Complaint alleges that this action

involves FOIA requests dated April 14, 2017, and submitted to, in relevant part, DOJ's Office of

Information Policy ("OIP"), DOJ's National Security Division ("NSD"), and OMB.

2.     OMB completed its processing of Plaintiff's request on February 28, 2018.  OMB

located no records responsive to Plaintiff's request.

3.      NSD completed its processing of Plaintiff's request and made a release of responsive, non-exempt records on February 7, 2018.

4.      OIP conducted a keyword-based search for records, which resulted in excess of 75,000 hits (constituting approximately 242,000 items when counting attachments).  OIP released non-exempt portions of responsive records in two releases, on March 1, 2018 and April 4, 2018.

5.      On June 12, 2018, Plaintiff and OIP reached an agreement to resolve certain issues in dispute in this litigation, pursuant to which, among other things, OIP agreed to conduct a narrowed search for certain records.

6.      On July 24, 2018, OIP sent Plaintiff a letter indicating that no responsive records were found in the search conducted pursuant to the June 12, 2018 agreement.  OIP also informed Plaintiff that in its most recent searches, it identified additional records potentially responsive to Parts 3 and 4 of Plaintiff's first FOIA request of April 14.

7.      On October 16, 2018, OIP made a supplemental release, which Plaintiff is continuing to review to determine whether further conferral is necessary.

8.      The parties may begin to meet and confer regarding potential attorneys' fees.

9.      Accordingly, the parties respectfully request that they file another Joint Status Report on or before November 29, 2018.

Dated:  October 22, 2018

/s/ Laurence Schwartztol
JUSTIN FLORENCE (DC Bar No. 988953)
LAURENCE SCHWARTZTOL
The Protect Democracy Project, Inc.
2020 Pennsylvania Ave., NW #163
Washington, DC 20006
Telephone: (202) 599-0466
Fax: (929) 777-8428

*Attorneys for Plaintiff*

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ Chetan A. Patil
CHETAN A. PATIL
Trial Attorney (DC Bar No. 999948)
United States Department of Justice
Civil Division
Federal Programs Branch
P.O. Box No. 883
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-4968
Fax: (202) 616-8470
chetan.patil@usdoj.gov

*Attorneys for Defendants*